**Order entered September 10, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00294-CV**

**JALEN BELL AND CHESTER SMITH, Appellants**

**V.**

**XTC CABARET, INC.; XTC CABARET (DALLAS), INC.; RCI HOSPITALITY HOLDINGS, INC.; RCI HOLDINGS, INC.; FRONT-LINE PROTECTIVE SERVICES, INC.; AND JOHN DOES 1-5, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06269**

**ORDER**

Before the Court is appellants' September 7, 2021 second motion to extend time to file their brief. We **GRANT** the motion and **ORDER** appellants' brief due by October 6, 2021. Appellants are cautioned that further requests for extensions are disfavored.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE